# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 0 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Narath Peang | Case No. 08-0246 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Narath Peang____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the following condition: You shall undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug/alcohol dependency, and pay for costs as approved by the PSO.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-2-09          _____  6-2-09
Signature of Defendant   Date            Pretrial Services Officer   Date
Narath Peang                             Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                    6/4/09
Signature of Assistant United States Attorney   Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    6·2·09
Signature of Defense Counsel             Date
Carolyn D. Phillips

### ORDER OF THE COURT

[☑] The above modification of conditions of release is ordered, to be effective on      6/4/09
[ ] The above modification of conditions of release is *not* ordered.

_____                    6/4/09
Signature of Judicial Officer            Date
          Gary S. Austin

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services