1  Carolyn D. Phillips    #103045
2  Attorney at Law
   P. O. Box 5622
3  Fresno, California  93755-5622
   559/248-9833
4
   Attorney for defendant Narath Peang
5

6

7

8              IN THE UNITED STATES DISTRICT COURT IN AND FOR

9                  THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 1:08-cr-246 OWW
                                    )
12                                  )    STIPULATION TO CONTINUE
                         Plaintiff, )    SENTENCING HEARING TO
                                    )    SEPTEMBER 12, 2011;
13 v.                               )    ORDER
                                    )
14 NARATH PEANG,                    )    Date:  September 12, 2011
                                    )    Time:  1:30 p.m.
15                      Defendant.  )    Judge Oliver W. Wanger
   _____ )
16

17     IT IS HEREBY STIPULATED by and between the parties hereto,

18 and through their respective attorneys of record herein, that

19 the sentencing hearing of defendant NARATH PEANG currently set

20 for **August 8, 2011** at 1:30 p.m., in the above captioned matter,

21 be continued to **September 12, 2011 at 1:30 p.m.**

       The parties stipulate that the continuance is necessitated
22

23 *Stipulation to Continue Sentencing Hearing To September 12, 2011; and Order Thereon;*
   *U. S. v. Narath Peang, Case No. 1:08-cr-246 OWW*                              1

by defendant Peang's need for additional time to review the

presentence report with counsel to prepare a response to the

report and memorandum for the Court prior to the sentencing

hearing.

    SO STIPULATED.

Dated:  August 1, 2011                     Respectfully submitted,

                                              /s/ Carolyn D. Phillips
                                           CAROLYN D. PHILLIPS
                                           Attorney for Narath Paeng

Dated:  August 1, 2011                     BENJAMIN B.WAGNER
                                           Acting United States Attorney

                                           /s/Kathleen Servatius
                                           By:  KATHLEEN SERVATIUS
                                           Assistant U.S. Attorney

## ORDER

    Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing date of August 8,

2011, is hereby vacated and is reset for September 12, 2011, at 1:30 p.m.

    IT IS SO ORDERED.

*Stipulation to Continue Sentencing Hearing To September 12, 2011; and Order Thereon;*
U. S. v. Narath Peang, *Case No. 1:08-cr-246 OWW*                                    2

1

2   **Oliver W. Wanger**

Dated:  **August 1, 2011**          **/s/**

UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*Stipulation to Continue Sentencing Hearing To September 12, 2011; and Order Thereon;*
*U. S. v. Narath Peang, Case No. 1:08-cr-246 OWW*